AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br><br>Information provided by Verizon Wireless to the person known as Matthew Marre, representing himself as a law enforcement officer calling from phone numbers 970-408-0773 and/or 720-354-0721, regarding cell phone numbers (1) 970-673-2072; (2) 802-323-9137; (3) 970-568-6632; and, (4) 479-659-9352 and (5) 208-320-2731. | ) ) ) ) ) ) ) Case No. 19-sw-5059-KLM |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the <u>State and District of Colorado and elsewhere,</u>

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

The person or property to be searched, described above, is believed to conceal

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   February 1, 2019
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

    Kristen L. Mix                             .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 and 3103(a) (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **3:36 pm, Jan 18, 2019**   _____
*Judge's signature*

City and state:   Denver, CO            Kristen L. Mix
                                        United States Magistrate Judge
                                        *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

*Return*

| *Case No.:* 19sw05059 KLM | *Date and time warrant executed:* 01/19/2019 0800 | *Copy of warrant and inventory left with:* Verizon legal compliance |
|---|---|---|

*Inventory made in the presence of :*
FBI TFO Christopher Pyler

*Inventory of the property taken and name of any person(s) seized:*

1. Records received.

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4/25/2019
JEFFREY P. COLWELL, CLERK**

*Certification*

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

*Date:* 04/25/2019

s/ Michael Thrapp
*Executing officer's signature*

Michael A Thrapp/ FBI Task Force Officer
*Printed name and title*

# ATTACHMENT A

## **DESCRIPTION OF LOCATION TO BE SEARCHED**

This warrant applies to information provided by Verizon Wireless to the person known as Matthew Marre, representing himself as a law enforcement officer calling from phone numbers 970-408-0773 and/or 720-354-0721, regarding cell phone numbers (1) 970-673-2072; (2) 802-323-9137; (3) 970-568-6632; and, (4) 479-659-9352 and (5) 208-320-2731. that is stored at premises owned, maintained, controlled, or operated by Verizon Wireless., who uses the Custodian of records as 1 Verizon Way Basking Ridge, NJ, 07920-1025.

## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

All evidence and instrumentalities of violations of 18 U.S.C. § 2701, including the following:

1. Any information provided by Verizon Wireless to the person known as Matthew Marre, representing himself as a law enforcement officer calling from phone numbers 970-408-0773 and/or 720-354-0721, regarding cell phone numbers (1) 970-673-2072; (2) 802-323-9137; (3) 970-568-6632; and, (4) 479-659-9352 and (5) 208-320-2731. Information requested includes the following;

    A. Subscriber information for cell phone numbers (1) 970-673-2072; (2) 802-323-9137; (3) 970-568-6632; and, (4) 479-659-9352 and 208-320-2731. All location services (GPS) provided to Matthew Marre on cell phone numbers (1) 970-673-2072; (2) 802-323-9137; (3) 970-568-6632; and, (4) 479-659-9352 and (5) 208-320-2731.